*Page 1 of 2*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

CARRIE MITCHELL-LONG,

    Plaintiff,

v.                                                       CASE NO.  4:04cv406-RH/WCS

STATE OF FLORIDA, DEPARTMENT
OF EDUCATION,

    Defendant.

_____/

## ORDER GRANTING LEAVE TO
## FILE SECOND AMENDED COMPLAINT

      Without seeking leave to amend or the written consent of defendant, plaintiff has tendered for filing her second amended complaint (document 19).  Without objecting to the submission of the second amended complaint without leave of court or written consent, defendant has filed an answer to the second amended complaint.

      Under Federal Rule of Civil Procedure 15, plaintiff was not authorized to file the second amended complaint without leave of court or written consent of defendant.  It appears likely, however, that defendant in fact consents (or at least does not object) to the submission of the second amended complaint, and it also

appears likely that leave would have been granted even over any objection; it is early in the case, and the amendment does not appear to prejudice defendant in any way.

    Accordingly,

    IT IS ORDERED:

Leave is hereby granted for the filing of the second amended complaint.  The second amended complaint, and defendant's answer to the second amended complaint, are deemed properly filed and in effect.

    SO ORDERED this 25th day of May, 2005.

    s/Robert L. Hinkle  
    Chief United States District Judge